STATE v. GRIFFIN

No. 122P00

Case below: 136 N.C.App. 531

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 May 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

STATE v. HARRIS

No. 85P99-2

Case below: 132 N.C.App. 134

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 May 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

STATE v. HUGHES

No. 47P00

Case below: 136 N.C.App. 92

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

STATE v. JARMAN

No. 69P00

Case below: 132 N.C.App. 398

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 2000.

STATE v. LEAZER

No. 175P00

Case below: 137 N.C.App. 385

Motion by Attorney General for temporary stay allowed 24 April 2000 pending determination of the Attorney General's petition for discretionary review.